**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Abdel KHEROUF and | } | FILED: AUGUST 11, 2008 |
| Marina ZAVALA, | } | 08CV4530 |
| | } | JUDGE CASTILLO |
| Plaintiff, | } | MAGISTRATE JUDGE SCHENKIER |
| | } | YM |
| vs. | } | Civ. No. _____ |
| | } | |
| Michael CHERTOFF, | } | Petition for a Writ of Mandamus |
| Secretary, Dep't. of Homeland Security; | } | Under the Mandamus Act at |
| Emilio T. GONZALEZ, | } | 28 U.S.C. § 1361 |
| Director, U.S. Citizenship and | } | |
| Immigration Services (USCIS); | } | |
| Robert M. COWAN, | } | Immig. Case No. A95 916 724 |
| Director, USCIS National Benefits Center; | } | |
| Ruth DOROCHOFF, | } | |
| District Director, | } | |
| USCIS Chicago District Office; | } | |
| | } | |
| Defendants. | } | |
| | } | |

## PETITION FOR A WRIT OF MANDAMUS

This suit complains that the various Defendants have unreasonably delayed and failed to perform legally required ministerial actions to complete the processing of Mr. Abdel Kherouf and Marina Zavala's properly filed Form I-130 Petition for Alien Relative and Form I-485 Adjustment of Status Application for lawful permanent residence.

Plaintiff Abdel Kherouf and Marina Zavala, through counsel, hereby allege as follows:

### Jurisdiction

1.    This Court is vested with subject matter jurisdiction in this action pursuant to the Mandamus Act at 28 U.S.C. § 1362 which provides as follows:

**Action to compel and officer of the United States to perform his duty.**

**The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.**

2.    In addition to the above-cited statute, this Court retains subject matter jurisdiction pursuant to the federal question statute at 28 U.S.C. § 1331 and the Administrative Procedure Act (APA), 5 U.S.C. §§ 702 *et seq;* and 8 U.S.C. § 1255 (adjustment of status of nonimmigrant to permanent residence).

<u>**Venue**</u>

3.    Venue is proper in this district court pursuant to 28 U.S.C. § 1391(e).  The Defendants are officers or employees of the United States or agencies of the United States acting in their official capacity.  A substantial part of the events or omissions giving rise to the claim largely occurred in this district in that Mr. Kherouf and Mrs. Zavala was interviewed in the USCIS Chicago District Office on March 12, 2005 and September 13, 2005, pursuant to their properly filed I-130 Petition for Alien Relative and I-485 Adjustment of Status Application. Furthermore, the Chicago District Office of the U.S. Citizenship and Immigration Services (USCIS) is the proper local or district office of regional venue that will adjudicate the Plaintiffs' application for adjustment of status.

<u>**Party**</u>

4.    Plaintiff Abdel Kherouf is native to and a national of Algeria.  He was born on November 5, 1966.  On October 26, 1999, Mr. Kherouf  entered the United States on a  B-1 visa.  He is the beneficiary of the un-adjudicated I-130 petition and applicant on the un-adjudicated I-485 application.

5.      Plaintiff Marina Zavala is a United States Citizen.  She was born on January 1,

        1982 in the U.S.  She currently works for the Transportation Security

        Administration under the U.S. Department of Homeland Security.  Ms. Zavala is

        the petitioner on the un-adjudicated I-130 Petition for Alien Relative.

6.      Defendant Michael CHERTOFF is sued in his official capacity as the Secretary of

        the Department of Homeland Security.  The Secretary of Homeland Security is

        responsible for the administration and enforcement of laws related to the

        immigration of foreign nationals.  *See generally* 8 U.S.C. § 1103(a)(1).

7.      Defendant Emilio GONZALES is sued in his official capacity as the Director of

        the U.S. Citizenship and Immigration Services (USCIS).  He is responsible for the

        administration of the USCIS, the agency under the Department of Homeland

        Security that adjudicates visa petitions.

8.      Defendant Robert M. COWAN is sued in his official capacity as the Director of

        the U.S. Citizenship and Immigration Services (USCIS) National Benefits Center.

        He is responsible for the processing of applications and petitions that generally

        require an interview at a local USCIS field office within the regional jurisdiction

        of the National Benefits Center.

9.      Defendant Ruth DOROCHOFF is sued in her official capacity as the District

        Director of the USCIS Chicago district.  She is responsible for the administration

        of the USCIS Chicago District Office pursuant to 8 C.F.R. §§ 310.2 and 316.3.

### Statement of Facts

10.     Plaintiff Abdel Kherouf is a native and national of Algeria.  He entered the U.S.

        on a B-1 visa on October 26, 1999.  Since his entry, Mr. Kherouf has not left the

3

United States.

11.  On November 13, 2001, Mr. Kherouf married Marina Zavala, a U.S. citizen.  The two were married at City Hall, in Chicago, and remain in a good faith marriage to this day.  See Marriage Certificate at Exhibit 1.

**The Petition and Application**

12.  On August 12, 2002 the Plaintiffs submitted an application for adjustment of status to that of a permanent resident concurrently with an immigrant visa petition seeking classification under Section 201(b)(2)(A)(i) of the Immigration and Nationality Act as the spouse of a United States Citizen.  See Dec. on Application at Exhibit 2.

13.  On April 11, 2005 the I-130 immigrant visa petition was denied, for failure to respond to a request for evidence (RFE) within 30 days.  The RFE was sent to the plaintiffs' old address.  Therefore, they did not have notice of the request in order to respond to it in a timely fashion.  See Final Notice of Denial at Exhibit 3.

14.  On March 12, 2005 a Motion to Reopen was filed on behalf of the Plaintiffs by their counsel.  USCIS granted this motion and on August 30, 2005 the Plaintiffs had another interview on their I-130 and I-485 applications with Officer Lagacy.  See Motion to Re-open and Approval of Motion at Exhibits 4 and 5.

15.  After this initial interview with Officer Lagacy, a second interview was scheduled and conducted on September 13, 2005 before Officer Miller.  See Record of Sworn Statements at Group Exhibit 6.

16.  Since this follow-up interview, the Defendants have failed to properly adjudicate Plaintiffs' case in a timely manner.  They have neglected to adhere to their own

regulations and have improperly delayed adjudication of the Plaintiffs' I-130 petition and I-485 application, after the Plaintiffs had properly submitted and executed both. It has been nearly **3 years** since the Plaintiffs had their last interview with USCIS and a decision has still yet to be made.

17. Section 202, Title II of the American Competitiveness in the Twenty-First Century Act of 2000 (AC21) provides a definition of reasonableness in immigration adjudication. It states that "…It is the sense of Congress that the processing of an immigration benefit application should be completed not later than **180 days** after the initial filing of the application." 8 U.S.C. § 1571.

18. The Defendants are also required by 5 U.S.C. § 551, "within a reasonable time…to conclude a matter presented."

19. The Defendants have sufficient information to determine Mr. Kherouf's eligibility according to the applicable requirements and complete the processing of his case, yet they have failed to do so. This places the Defendants in violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.,* §702 and §706, 5 U.S.C. §555, which requires them to exercise their adjudicative powers.

20. The delay in adjudicating the Plaintiffs' case has well exceeded USCIS's expected processing time of approximately 200 days, putting the Defendants in violation of their own regulations. See USCIS Chicago, Illinois Processing Dates at Exhibit 7.

21. Mr. Kherouf and Ms. Zavala, acting on their own behalf and through counsel, have made numerous attempts to notify Defendants that their case has not been adjudicated. Despite these attempts, Plaintiffs' petition and application are still pending.

5

22.    Plaintiffs, through their counsel, submitted Status Inquiry Forms to the USCIS Chicago District Office, with receipt stamp dates of March 15, 2006, July 10, 2006, and July 21, 2006.  See Status Inquiries at Group Exhibit 8.

23.    On October 3, 2006 USCIS District Director Ruth A. Dorochoff sent a response letter to Plaintiffs' July 21, 2006 Status Inquiry.  The letter stated that Mr. Kherouf's case was under further review, and that it was difficult to predict when this review would be completed.  See USCIS Letter dated 10/03/06 at Exhibit 9.

24.    On September 13, 2007, nearly a year after receiving the letter from District Director Dorochoff and still without progress, Plaintiffs submitted another Status Inquiry to the USCIS Chicago District Office, via e-mail.  See Status Inquiries at Group Exhibit 8.

25.    On October 23, 2007 Plaintiffs received a response to their September 13, 2007 Status Inquiry.  In a letter from Sandra Bacote, from the USCIS Customer Assistance Office, Plaintiffs were informed that Mr. Kherouf's case was still under review and that it would be difficult to predict when this review would be completed. See Bacote Letter at Exhibit 10.

26.    As recently as March 27, 2008 Plaintiffs filed another Status Inquiry, seeking adjudication on their case.  They have not received any action on this latest inquiry.  See Status Inquiries at Group Exhibit 8.

27.    The Defendants' delay in adjudicating the Plaintiffs' I-130 Petition for Alien Relative and I-485 Application for an Adjustment of Status is unreasonable and not in accordance with the law.  Defendants' inappropriate and unreasonable refusal to adjudicate Plaintiffs' case has deprived Plaintiffs of the rights to which

they are entitled.

## Cause of Action:
### Mandamus Relief and Request for an Adjudication of Plaintiff's Application to Adjust Status

28.    This suit is brought against the Defendants collectively.  Defendants owe a duty to the Plaintiffs to adjudicate their case in a timely manner.  *see, e.g.* Patel v. Reno, 134 F. 3d 929, 933 (9th Cir. 1997) (duty to adjudicate visa application).  The Defendants are violating this duty owed to the Plaintiffs by refusing to adjudicate their properly filed forms I-130 Petition for Alien Relative and I-485 Application to Adjust Status.

29.    Mr. Kherouf and Ms. Zavala have the right to receive a decision on their pending case.  The Immigration and Nationality Act confers upon the Plaintiffs a clear right to have their applications adjudicated.  *See generally* INA §§ 103, 104 and 201, 8 U.S.C. §§1103, 1104, and 1151 respectively.

30.    The Plaintiffs have been greatly damaged by the failure of the Defendants to fulfill their duties under the law.  Mr. Kherouf has been unable to obtain legal permanent residence, travel and work without restriction and significant costs of continually renewing his EAD, reporting for fingerprinting, and constantly pursuing the status of his delayed application.

31.    Mr. Kherouf and Ms. Zavala have provided sufficient evidence of their attempts to secure adjudication of their I-30 Petition for Alien Relative and I-485 Application to Adjust Status.  Their attempts have thus far produced no success.  Therefore, Plaintiffs have found it necessary to pursue the instant action.

**Exhaustion of Remedies**

32.    Plaintiffs have exhausted all administrative remedies available.

33.    Plaintiffs have supplied to USCIS documentation that clearly establishes Mr.

Kherouf's bona fide marriage to his U.S. citizen spouse, Marina Zavala, making

him eligible for a visa in the family-based first preference category.

34.    Plaintiffs have filed multiple status inquiries with USCIS requesting that their

case be adjudicated, yet to no avail.

**Prayer for Relief**

WHEREFORE, in view of the arguments and authority noted herein, the

Plaintiffs, Mr. Abdel Kherouf and Ms. Marina Zavala, respectfully pray that:

1.    The Court will hear Plaintiffs' case and render a declaratory judgment that they

are entitled to have their I-130 Petition for Alien Relative and I-485 Application

to Adjust Status adjudicated by the Defendants;

2.    The Court will order the Defendants to immediately adjudicate the Plaintiffs' case

and will oversee the adjudication of said case.

3.    The Court will grant such further relief, including attorneys' fees and costs of this

action, as may be just, lawful and equitable.

Respectfully Submitted,

s/ Seth D. Johnson

_____

Seth D. Johnson, Esq.
Attorney for the Plaintiffs

s/ David M. Cook

_____

David M. Cook, Esq.
Attorney for the Plaintiffs

Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, IL 60602
(312) 263-6114 phone
(312) 263-0104 fax

Date: August 8, 2008

8

## <u>CERTIFICATE OF SERVICE</u>

I, Seth D. Johnson, hereby certify that the foregoing Petition for Writ of

Mandamus was served upon the following named parties via first class mail, postage

prepaid, certified return receipt on August 8, 2008.

> Michael Chertoff
> Secretary
> U.S. Department of Homeland Security
> Washington, D.C., 20536
>
> Emilio Gonzalez
> Director
> U.S. Citizenship and Immigration Services
> 425 I Street NW
> Washington, D.C., 20536
>
> Robert M. Cowan
> Director
> USCIS National Benefits Center
> Attention: Mandamus Department
> P.O. Box 648005
> Lee's Summit, MO 64002
>
> Ruth Dorochoff
> District Director
> U.S. Citizenship and Immigration Services
> 101 West Congress Parkway
> Chicago, Illinois 60605
>
> Patrick Fitzgerald
> U.S. Attorney for the Northern District of Illinois
> 219 South Dearborn Street
> 5th Floor
> Chicago, Illinois 60604

s/ Seth D. Johnson

Date:   August 8, 2008

_____
Seth D. Johnson
Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, IL 60602
(312) 263-6114 phone
(312) 263-0104 fax

# **TABLE OF CONTENTS**

Exhibit 1:    Marriage Certificate of Abdel Kherouf and Marina Zavala

Exhibit 2:    USCIS Decision on Application for Adjustment of Status to Lawful Permanent Residence

Exhibit 3:    USCIS Final Notice of Denial on Petition for Alien Relative

Exhibit 4:    Plaintiff's Motion to Reopen Denial of Petition for Alien Relative

Exhibit 5:    USCIS Approval of the Motion to Reconsider

Exhibit 6:    Record of Sworn Statements for Marina Zavala and Abdel Kherouf

Exhibit 7:    USCIS Chicago District Office Processing Dates

Exhibit 8:    Group Exhibit of Status Inquiries requesting status report on pending I-130 petition and I-485 adjustment application

Exhibit 9:    USCIS Status Inquiry response letter from Defendant Ruth Dorochoff, dated October 3, 2006

Exhibit 10:    USCIS Status Inquiry response letter from Sandra Bacote, dated October 23, 2007

08CV4530
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER
YM

# EXHIBIT

# 1

**CERTIFICATION OF VITAL RECORDS**




# COUNTY OF COOK
## STATE OF ILLINOIS
## OFFICE OF THE COUNTY CLERK
## DAVID ORR

CERTIFICATION OF MARRIAGE

**LICENSE NUMBER: 0138081-0**

B E T W E E N

**GROOM'S NAME:** ABDEL    MADJID    KHEROUF
**AGE:** 35

A N D

**BRIDE'S NAME:** MARINA    INES    ZAVALA
**AGE:** 19

O N

**DATE OF MARRIAGE:** NOVEMBER 13, 2001

WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS

I N    A

CIVIL    CEREMONY

B Y

**NAME:** JOHN JOSEPH HYNES
**OFFICIATE TITLE:** JUDGE

A T

**PLACE OF MARRIAGE:** CHICAGO, ILLINOIS

**DATE RECORDED:**    NOVEMBER 13, 2001
**APPLICATION DATE:**    NOVEMBER 07, 2001

03131264

This is to certify that this is a true and correct abstract from the official record
filed with the office of the Cook County Clerk.

ISSUED AT: COUNTY BUILDING
CHICAGO, ILLINOIS 60602-1304

10/15/2002    16:55

*David D. Orr*

DAVID D. ORR
COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature    CL61

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

# EXHIBIT

# **2**

U.S. Department of Homeland Security
West Jackson Boulevard
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

Abdel Kherouf
5445 North Sheridan Road #607
Chicago, IL 60656

APR 1 1 2006

Cc: Law Office of Nathaniel Hsieh
111 West Washington Street Suite 917
Chicago, IL 60602

## DECISION ON APPLICATION FOR ADJUSTMENT FOR PERMANENT RESIDENCE

Dear Mr. Kherouf,
A 95 916 724

Upon consideration, it is ordered that your application for adjustment of status to a permanent resident of the United States (Form I-485) filed on August 12, 2002, be denied for the following reason(s):

On August 12, 2002, you submitted an application for adjustment of status to that of permanent resident concurrently with an immigrant visa petition seeking classification under Section 201(b)(2)(A)(i) of the Immigration and Nationality Act ("the Act") as the spouse of a United States Citizen.

Section 245(a)(3) of the Act requires an immigrant visa be immediately available to the applicant at the time his or her application for adjustment of status is filed.

The petition filed on your behalf has been denied. Therefore, your application for adjustment of status to that of permanent resident under Section 245 of the Immigration and Nationality Act is denied.

8 CFR § 274a.12(c)(9) allows an alien who has filed an application for adjustment of status to lawful permanent resident pursuant to Section 245 of the Act to obtain employment authorization during the period the application is pending. However, you are no longer eligible for employment authorization as of the date of this decision because your application for permanent residence is no longer pending.

Sincerely yours,

Michael M. Comfort
District Director

# EXHIBIT

# 3

**Department of Homeland Security**
10 W. Jackson
Chicago, IL. 60604



**U.S. Citizenship
and Immigration
Services**

APR 11 2005

Marina Zavala
5445 North Sheridan Road #607
Chicago, IL 60640

Cc:Law Office of Nathaniel Hsieh
111 West Washington Street Suite 917
Chicago, IL 60602

### FINAL NOTICE OF DENIAL ON PETITION FOR ALIEN RELATIVE

Dear Ms. Zavala,
A 95 916 724

On August 9, 2004, the Service mailed you a Decision on Petition for Alien Relative. On October 15, 2004 the service received a letter stating you changed your address. Your notice was sent to you prior to the change of address. In this decision you were informed that you had (30) thirty days in which to furnish reasons as to why your petition filed on your husband Abdel Kherouf should be approved. However, as of March 30, 2005, you have not submitted any evidence to support your petition. Therefore, it is the decision of the Service to deny your Petition for Alien Relative.

You may file an appeal on this decision. You must file your appeal within thirty (30) calendar days from the date of this notice, (33 days if this notice was received by mail). If no appeal is filed within the time allowed, this decision is final.

If an appeal is desired, the Notice of Appeal shall be executed and filed with this office, together with the required fee. A brief or written statement in support of your appeal may be submitted with the Notice of Appeal. Any questions, which you may have, will be answered by the local Immigration Office nearest your residence, or at the address shown in the heading of this letter.

Sincerely,

Michael M. Comfort
District Director

# EXHIBIT

# 4

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**EXAMINATION SECTION**
10 W. Jackson Blvd., Room 323
Chicago, IL  60604

| | |
|---|---|
| IN RE THE MATTER OF: | ) |
| | ) |
| ABDEL KHEROUF, Applicant and | ) |
| Beneficiary and | ) |
| MARINA ZAVALA, Petitioner/Sponsor | ) |
| | ) |
| **Application:** Motions to Re-Open | ) |
| Application for Adjustment of Permanent | ) |
| Residence and Petition for Alien Relative | ) |
| | ) |
| **On Behalf of Applicant** | ) |
| **Substituted Attorney:** | ) |
| | ) |
| Kenneth Y. Geman | ) |
| Attorney at Law | ) |
| 33 N. LaSalle Street, Suite 2300 | ) |
| Chicago, IL  60602 | ) |
| (312) 263-6114 | ) |
| Atty. No.: IL 00932035 | ) |

RECEIVED
MAY 1 2 2005
U.S. I & N SERVICE
CHICAGO, ILLINOIS
CASH-CLERK

**File No.:** A95-916-724

**Decision Date:** 4/11/2005

## MOTION TO RE-OPEN DENIAL OF PETITION FOR ALIEN RELATIVE

Now comes the Petitioner, MARINA ZAVALA, and Beneficiary, ABDEL KHEROUF, to request re-opening of the recently denied I-130 petition and jointly filed motion to re-open concurrently denied I-485 application to adjust status. Motions to re-open both of these matters are being submitted concurrently to the Service with appropriate individual filing fees.

The petition and application were denied based upon an alleged failure to respond to a notice or possibly a request for evidence. The parties did not received this correspondence and their attorney, as best can be determined, did not receive any request for action although the dates and actual facts are unclear from the two decisions as issued by the Service on April 11, 2005.

The evidence as attached hereto will indicate that the parties provided change of address notices as required and that if the parties failed to respond to any submission by the Service it was due to some administrative error outside of their control. They had

acted appropriately in providing change of address information and maintaining contact with the Service. The parties' prior attorney has indicated that he too did not receive any notification. The enclosed inquiries would tend to confirm that fact.

The attached statement of the Petitioner indicates that she and the beneficiary provided the Service AR-11 change of address forms on or about May 17, 2004 and again, when they subsequently moved thereafter when a second change of address on AR-11 was issued, on October 20, 2004. The submission of the AR-11 forms as well as a number of inquiries to the Service are confirmed by the correspondence received from the Department of Homeland Security acknowledging these actions.

Clearly, the notice or mailing allegedly sent by the Service on August 9, 2004 should have been sent to the proper address as provided by the May 2004 AR-11. Irrespective of these notices and inquiries, it appears that any correspondence was never received by the parties or their attorneys for whom we have now substituted. Because the decisions are vague and uncertain as to when and to whom any document or request for evidence was issued, it is difficult to properly respond in this motion. The parties, however, as corroborated by the attached correspondence by them as responded to by the Service, indicates that they acted properly and with due diligence.

We therefore request that both of these filings be re-opened and adjudicated; and, that any RFE previously issued, be re-submitted to the parties with a copy to new counsel. If the previous fingerprints reports require renewal we ask that appointments for fingerprinting be issued.

To corroborate and confirm the representations made herein we herewith submit the following exhibits:

1. Statement of Marina Zavala, Petitioner.
2. December 8, 2004 inquiry by Petitioner and Beneficiary/Applicant's prior attorney Mr. Nathaniel Hsieh.
3. Department of Homeland Security letter of December 15, 2004 acknowledging inquiry into status of cases.
4. October 20, 2004 notification from the Department of Homeland Security acknowledging AR-11.
5. May 17, 2004 acknowledgement from the Department of Homeland Security regarding earlier change of address form.
6. Notification of change of address, issued prior to any alleged subsequent correspondence by government.
7. July 25, 2002 response to earlier inquiry.

The factual history of this case reflects the parties initially corresponded on December 20, 2001 with the Service regarding their intent to file I-130 petition. Correspondence reflects that the relative immigrant visa petition was pending with the

Nebraska Service Center on or about July 25, 2002 and that an application for permanent residence with a duplicate I-130 was filed on August 12, 2002. Change of address notices correspond to the parties appearance at the Service on May 27, 2004 regarding their adjustment interview. The Service was then advised of their correct address. It is unclear as to what address or to whom any request for evidence was issued. A change of address was thereafter submitted sometime in October of 2004 with numerous subsequent inquiries. The parties were never advised that they had somehow missed responding to correspondence from the government. Numerous mailings and inquiries were then made over the next 6 months and it was not until April of 2005 that decisions were made petition and application. Had the parties known, as a result of their diligent inquiries, that some document or steps were not taken they could have reasonably corrected such error especially since they never received notice. Based upon the above we would therefore ask that these matters be re-opened and adjudicated. Thank you in advance for your courtesy and cooperation I am,

Respectfully submitted,

KENNETH Y. GEMAN
Substitute Attorney for Respondents

3

Department of Homeland Security
10 W. Jackson
Chicago, IL. 60604



**U.S. Citizenship
and Immigration
Services**

APR 1 1 2005

Marina Zavala
5445 North Sheridan Road #607
Chicago, IL 60640

Cc:Law Office of Nathaniel Hsieh
111 West Washington Street Suite 917
Chicago, IL 60602

### FINAL NOTICE OF DENIAL ON PETITION FOR ALIEN RELATIVE

Dear Ms. Zavala,
A 95 916 724

On August 9, 2004, the Service mailed you a Decision on Petition for Alien Relative. On October 15, 2004 the service received a letter stating you changed your address. Your notice was sent to you prior to the change of address. In this decision you were informed that you had (30) thirty days in which to furnish reasons as to why your petition filed on your husband Abdel Kherouf should be approved. However, as of March 30, 2005, you have not submitted any evidence to support your petition. Therefore, it is the decision of the Service to deny your Petition for Alien Relative.

You may file an appeal on this decision. You must file your appeal within thirty (30) calendar days from the date of this notice, (33 days if this notice was received by mail). If no appeal is filed within the time allowed, this decision is final.

If an appeal is desired, the Notice of Appeal shall be executed and filed with this office, together with the required fee. A brief or written statement in support of your appeal may be submitted with the Notice of Appeal. Any questions, which you may have, will be answered by the local Immigration Office nearest your residence, or at the address shown in the heading of this letter.

Sincerely,

Michael M. Comfort
District Director



U.S. Department of Homeland Security
West Jackson Boulevard
.cago, IL 60604

·U.S. Citizenship
and Immigration
Services

Abdel Kherouf
5445 North Sheridan Road #607
Chicago, IL 60656

APR 11 2008

Cc: Law Office of Nathaniel Hsieh
111 West Washington Street Suite 917
Chicago, IL 60602

## DECISION ON APPLICATION FOR ADJUSTMENT FOR PERMANENT RESIDENCE

Dear Mr. Kherouf,
A 95 916 724

Upon consideration, it is ordered that your application for adjustment of status to a permanent resident of the United States (Form I-485) filed on August 12, 2002, be denied for the following reason(s):

On August 12, 2002, you submitted an application for adjustment of status to that of permanent resident concurrently with an immigrant visa petition seeking classification under Section 201(b)(2)(A)(i) of the Immigration and Nationality Act ("the Act") as the spouse of a United States Citizen.

Section 245(a)(3) of the Act requires an immigrant visa be immediately available to the applicant at the time his or her application for adjustment of status is filed.

The petition filed on your behalf has been denied. Therefore, your application for adjustment of status to that of permanent resident under Section 245 of the Immigration and Nationality Act is denied.

8 CFR § 274a.12(c)(9) allows an alien who has filed an application for adjustment of status to lawful permanent resident pursuant to Section 245 of the Act to obtain employment authorization during the period the application is pending. However, you are no longer eligible for employment authorization as of the date of this decision because your application for permanent residence is no longer pending.

Sincerely yours,

Michael M. Comfort
District Director

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | I-130   ABDEL KHEROUF | Date | 04/30/2005 |
|---|---|---|---|
| | | File No. | A95-916-724 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | ☐ Petitioner | | | ☐ Applicant |
|---|---|---|---|---|---|
| **Abdel** | **KHEROUF** | ☒ Beneficiary | | | |

| Address (Apt. No.) | (Number & Street) | (City) | | (State) | (ZIP Code) |
|---|---|---|---|---|---|
| #607 | 5445 N. Sheridan Rd. | Chicago | | Illinois | 60602 |

| Name | | ☒ Petitioner | | | ☐ Applicant |
|---|---|---|---|---|---|
| **Marina** | **ZAVALA** | ☐ Beneficiary | | | |

| Address (Apt. No.) | (Number & Street) | (City) | | (State) | (ZIP Code) |
|---|---|---|---|---|---|
| #607 | 5445 N. Sheridan Rd. | Chicago | | Illinois | 60602 |

Check applicable item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
**Illinois**                              **Illinois Supreme Court**                    and am not under a court or administrative agency
_____ Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.     (If you check this item, also check item 1 or 2 whichever is appropriate.)

☒ 4. Others (Explain fully.)
**PLEASE NOTE: You are advised that in conformity with Public Law 90-83, 5 U.S.C. 500(f), 81 Stat 195, you are required to give notice to the undersigned of all notice of other written communications in this case.**

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | **Kenneth Y. Geman & Associates** |
| | **33 N. LaSalle Street, Suite 2300** |
| | **Chicago          IL      60602** |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Kenneth Y. Geman | (312) 263-6114      (312) 263-0104 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Kenneth Y. Geman

_____
(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

**IMMIGRATION REPRESENTATION**

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| **MARINA ZAVALA** | | |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

To Whom It May Concern, I am writing in concern with my case. In November of 2001 I filed for adjustment of status for my husband. We were told to send the file to the Nebraska office. We called the I.N.S and they told us to send it to the local office in Chicago IL. Since we lost time we decided to hire a lawyer to help us. We hired a lawyer who said he did immigration cases. He charged us $1000. To help us. He told us to file again, so we did. The lawyer received a letter stating we have an interview for May 27, 2004. Since we got the interview he charged us another $500. To come with us to the interview. On the day of the interview we went to his office and so he can come with us and he told us everything looked good and that he didn't have to come with us. We insisted. so he sent a lawyer in his behalf. The lawyer that came with us to the interview didn't even know were the building was. While in the waiting room the lawyer told us he is a tax lawyer. He didn't know anything about the immigration or interviewing process. We entered the interviewing room and a nice woman introduced herself as our interviewer. She explained the process. She asked us questions and we gave her all she asked for like, pictures, marriage and birth certificates and even medical and gym records. She explained the F.B.I background check process. The only question our "wonderful" lawyer asked her was how long will it take. She told us she didn't know since it is the F.B.I doing it, but that we will receive the results by mail. That will tell us if we've been approved. We waited for a response and we didn't get one. We've called the customer service line a number of time and even set an appointments to speak to them. All they told us is that our file is pending. We can understand about the background check, my husband is from Algeria and we are Muslim. We were not worried we have nothing to hide. I also work for the department of homeland security, so it is understandable for the length of time. We have moved since. We told our lawyer if we should inform the I.N.S or put a change of address. He told us not to worry he would take care of it so we gave him our new address. But to make sure we filed an A.R 11. On March 15, 2005 we received a letter stating that our case has been denied because they said they sent us a letter stating I need to write a letter on why my husband should be approved. Never received that letter nor did our lawyer. Now my husband won't be able to get another I.D card or he can't even work anymore. We can't travel outside the country that means I can't meet my in-laws and my husband can't see is family. He also can get deported at anytime. This is hard on us financially and on our marriage. We may even have to leave the country. Not only will it help us but will really appreciate if you can reconsider your decision on my case. Thank you.

Sincerely,

Marina Zavala

# Law Office of Nathaniel K. Hsieh

111 W. Washington St., Suite 818, Chicago, IL 60602
Tel: (312) 263-6900; Fax: (312) 419-9801
Email: tritent01@aol.com

8 December 2004

Department of Homeland Security
10 West Jackson Blvd.
Chicago, Illinois 60604

Re:    Abdel Madjid Kherouf
       A#95916724

Dear Sir/Madam:

I am writing on behalf of Mr. Adbel Madjid Kherouf regarding his I-485 application.

On 27 May 2004, Mr. Kherouf was interviewed in connection with the abovementioned application and was informed that an FBI check will be done. As it is over 6 months from the date of his interview, we would like to follow-up status of his application.

If there are any additional documents or information you need, please feel free to contact us.

Thank you very much and we would appreciate your response on this inquiry.

Sincerely yours,

Nathaniel K. Hsieh
Attorney-at-Law

U.S. Department of Homeland Security
Chicago, IL 60604



**U.S. Citizenship
and Immigration
Services**

CHI 70/48.2-C

December 15, 2004

NATHANIEL K. HSIEH
LAW OFFICE OF NATHANIEL K. HSIEH
111 W. WASHINGTON ST., STE. 818
CHICAGO, IL 60602

Re: A095 916 724 - KHEROUF, ABDEL

Dear NATHANIEL HSIEH,

Thank you for your recent inquiry. All efforts will be made to respond to your inquiry within 90 days of receipt. Depending on the complexity of your inquiry, additional time may be required to obtain the information requested.

Sincerely,

Michael M. Comfort
District Director

MMC:lme
Correspondence Tracking Number: **CHI121504 1**
Thank you for contacting USCIS Customer Service

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



**U.S. Citizenship
and Immigration
Services**

CHI 70/48.2-C

October 20, 2004

ABDEL M. KHEROUF
5445 N. Sheridan Rd., Apt. 607
CHICAGO, IL 60640

Re: A095 916 724 - KHEROUF, ABDEL

Dear ABDEL KHEROUF,

We received your change of address request. Every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must complete a form AR-11 within 10 days of a change of address. If you have not submitted form AR-11 for this change of address prior to January 1, 2004, complete and mail form AR-11 to the address shown below:

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CHANGE OF ADDRESS
PO BOX 7134
LONDON KY 40742-7134

Where possible, please provide an A-number (from your alien card) or other identifying numbers. Failure to complete all applicable sections may delay processing of the form.

You may obtain additional copies of form AR-11 from the Immigration website at http://www.uscis.gov or by contacting the National Customer Service Center at 1-800-375-5283.

Sincerely,

Michael M. Comfort
District Director

MMC:tlb
Correspondence Tracking Number: **CHI102004 84**
Thank you for contacting USCIS Customer Service



**U.S. Citizenship
and Immigration
Services**

CHI 70/48.2-C

May 17, 2004

ABDEL M. KHEROUF
5431 N. EAST RIVER RD. #809
CHICAGO, IL 60656

Re: A095 916 724 - KHEROUF, ABDEL

Dear ABDEL KHEROUF,

We received your change of address request. Every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must complete a form AR-11 within 10 days of a change of address. If you have not submitted form AR-11 for this change of address prior to January 1, 2004, complete and mail form AR-11 to the address shown below:

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CHANGE OF ADDRESS
PO BOX 7134
LONDON KY 40742-7134

Where possible, please provide an A-number (from your alien card) or other identifying numbers. Failure to complete all applicable sections may delay processing of the form.

You may obtain additional copies of form AR-11 from the Immigration website at http://www.uscis.gov or by contacting the National Customer Service Center at 1-800-375-5283.

Sincerely,

Michael M. Comfort
District Director

MMC:ara
Correspondence Tracking Number: CHI051704 64
Thank you for contacting USCIS Customer Service

No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.

JUL 2 5 2002

Service records indicate that your case is currently pending at the Northern Service Center (NSC). Please follow up with that office regarding the status of your case.

ISC

M-180 (Rev. 10-15-75) Y

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

EXHIBIT

5



—U.S. Citizenship
and Immigration
Services

10 West Jackson Blvd.
Chicago, Illinois 60604

**Abdel Kherouf**
**5445 North Sheridan Road #607**
**Chicago, IL 60602**

**FILE:** A 95 916 724

**IN RE:  Abdel Kherouf**

**ATTORNEY:**  Kenneth Geman

**APPLICATION:**  Service Motion to Reconsider Denial of Application for Permanent Residence

**DISCUSSION:**

On May 12, 2005, the Service received a Motion to Reopen and Reconsider Denial of Adjustment of Status. Upon reconsideration by the District Director, the Service orders the approval of the motion to reconsider.

**ORDER:** It is ordered that I-485, Application for Adjustment of Status be re-opened in order for the applicant to appear for a second interview with Officer Lagacy. This interview will consist of an I-485 and I-130 interview. Please refer to the attached Form G-56 for your interview date.

Sincerely,

Michael Comfort
**District Director**

# EXHIBIT

# 6

# RECORD OF SWORN STATEMENT

Office: Chicago, Illinois District Office                    File No: A95916724

Statement by: Marina I. Zavala

In the case of: Abdel Madjid

At: 230 S. Dearborn, 23rd Floor, Office 2365, Chicago, IL          Date: September 13, 2005

Before: Richard Miller, District Adjudications Officer              Time: 12:20 pm

I am an officer of the United States Citizenship and Immigration Service authorized by law to administer and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I am going to take your sworn statement regarding:

Your marriage to Abdel Kerouf

Q: What is you true and correct name?
A: Marina Ines Zavala

Q: What is your current address?
A: 9164 Stewart and Gray Road, Downey, California. I don't remember the zip code. I use my mother's address a lot because it is more stable.

Q: When did you move from Illinois to California?
A: I think October 2004. I am not certain.

Q: How did you move to California?
A: We drove. We rented a van.

Q: Where did you rent the van from?
A: Budget.

Q: How big was the van?
A: a twelve passenger van. We removed the seats to fit the stuff in.

Q: Where did you drop the van off in California?
A: at LAX.

Q: Where did you work when you lived in Illinois?
A: I started with Prospect, the private company, then I transferred to TSA.

Q: What airport did you work at?
A: at O'Hare.

Q: Did you own a car in Chicago?
A: no.

Q: How did you get to and from work?
A: CTA.

Q: Before you moved to California in October 2004, when was the last time you traveled to California?
A: I am not sure, I know we went for Thanksgiving in 2002 and I went to northern California in the summer of 2003. I know there has to be a more recent time, but I cannot think of it. In early 2004, I went to visit my mom. I went without my husband. PM

Q: Your California driver's license was issued in August 2004. Were you still living in Illinois at that time?
A: yes.

Q: How did you get a California driver's license?

1

As I tried to get an Illinois driver's license, but I did not have my original birth certific   I knew we were going back to California, so I decided not to get an Illinois license.

Q: When did you start employment with TSA?
A: In 2002, I think. When the government took over.

Q: Did you fill out a national security questionnaire when you began employment with TSA?
A: I know there was a lot off background paperwork, but I am not sure.

Q: Did you ever provide information about your husband to TSA?
A: I know he is on my benefits, but I am not entirely certain where else I placed his name or what paperwork I placed his name on.

Q: How did you meet your husband?
A: We met on a Muslim chat room, Islam Belief on AOL.

Q: Are you Muslim?
A: yes.

Q: When did you start to work for the private security company at the airport?
A: early 2002 I think. Maybe January or February, but I am not sure.

Q: What did you do for TSA at O'Hare?
A: security screener, I worked at the security checkpoint. I checked bags.

Q: Where do you work in California?
A: I work at LAX.

Q: What do you do there?
A: The same thing.

Q: At this time is there anything else you would like to add to this statement?
A: no. It is kind of frustrating. I don't know why we are going through this again.

Q: Do you understand the questions that you have been asked?
A: yes.

Q: Were your statements given freely and voluntarily?
A: yes.

_____        9 - 13 - 05
Name and Signature                              Date

Richard Miller                                       9/13/05
Officer Name and Signature                  Date
                                                           09/13/05
_____
Witness Name and Signature                  Date

2

# REC ORD OF SWORN STATEMEN

Office: Chicago, Illinois District Office                                              File No: A95916724

Statement by: Abdel Kherouf

In the case of: Abdel Kherouf

At: 230 S. Dearborn, 23rd Floor, Office 2365, Chicago, IL                    Date: September 13, 2005

Before: Richard Miller, District Adjudications Officer                                 Time: 1:10 pm

I am an officer of the United States Citizenship and Immigration Service authorized by law to administer and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I am going to take your sworn statement regarding:

Your marriage to Marina I. Zavala

---

Q: What is you true and correct name?
A: Abdel Madjid Kherouf

Q: What is your current address?
A: 9164 Stewart and Gray Road, apt. H, Downey, California 90241.

Q: When did you move from Illinois to California?
A: Probably 10 or 11 months ago, I cannot remember exactly.

Q: How did you move to California?
A: We flew. *I flew by myself, My wife was already working in California* _ RM        A. K

Q: What airline did you fly?
A: I believe it is American. Before that we drove our clothes by car.

Q: When did you take your clothes by car?
A: That was probably two or three months before that. We took everything to my mother-in-law's house.

Q: What vehicle did you drive?
A: A big Chevy van, Budget or something like that.

Q: Where did you drop the van off in California?
A: next to the airport at the Budget office.

Q: Where did your wife work at in Chicago?
A: She works as a screener at O'Hare. For the new service, ~~I guess~~ It is TSA, *Homeland Security.*  RM    A. K

Q: Did you own a car in Chicago?
A: no.

Q: Whose taxi did you drive?
A: I leased the taxi from the company or an individual that had the taxi..

Q: How many times did you travel to California before you moved there?
A: I went to see her dad in San Francisco and her mom twice. Her parents are divorced. Probably four times, but I am not sure. *not her biological father, but he raised her as a child,*
                                                                    RM    A. K

Q: Why did you get an Illinois driver's license?
A: because they did not want to give me a California license. My work permit was expiring, so I came back to Illinois to get a license.

Q: Why did you not renew your work permit?
A: Because the old attorney told us the green card was coming and he told us not to pay the fee.

                                                                    A. K  1

Q: When did your wife start to work at O'Hare airport?
A: The end of 2001 or the beginning or 2002. That was for a private security company.

Q: Did anyone ever speak to you regarding your wife's employment at the airport or for TSA?
A: TSA sent me a letter, asking me what I though about my wife. That was when TSA took over.

Q: No one ever ask about you or your immigration status?
A: no, nobody. Except the attorney told us about the FBI name check at the initial interview. He said that because I was Muslim I may be on a watch list.

Q: In relation to her job, did your wife ever request any information about you or your family living outside the United States?

Q: I cannot remember exactly, I but I don't think so.

Q: At this time is there anything else you would like to add to this statement?
A: no.

Q: Do you understand the questions that you have been asked?
A: yes.

Q: Were your statements given freely and voluntarily?
A: yes.

_____          _09. 13. 2005_
Name and Signature                        Date

_Richard Miller_                          _9/13/05_
Officer Name and Signature                Date

_Kevin O'Neill_                           _9/13/05_
Witness Name and Signature                Date

A. X   2

# EXHIBIT

# 7



Home   Contact Us   Site Map   FAQ

Search                          GO

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## Chicago IL Processing Dates
## Posted July 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Chicago IL** Posted July 15, 2008

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | February 03, 2008 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 11, 2008 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | January 18, 2008 |
| I-600A | Application for Advance Processing of Orphan Petition | January 18, 2008 |
| I-765 | Application for Employment Authorization | January 04, 2007 |
| N-400 | Application for Naturalization | July 25, 2007 |
| N-600 | Application for Certification of Citizenship | December 30, 2007 |

[ Print This Page ]   [ Back ]

**07-28-2008 03:56 PM EDT**

# EXHIBIT

# **8**

Chicago District Office

**COPY**

STATUS INQUIRY FORM

BW   DATE: 3/14/06

# CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: 95-916-724

Name: Kherouf   Abdel
    Last     First     Middle

Mailing Address: 9164 Stewart + Gray Apt # H

City: Downey   State: Ca   Zip Code: 90241

Daytime Phone Number: _____

Country of Birth: Algeria   Date of Birth: 11/5/66

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   ☒ Attorney   ☐ CBO

Name: Geman   Kenneth   Y.
    Last     First     Middle

Firm / Organization: Kenneth Y. Geman + Associates

Mailing Address: 33 N. LaSalle

Suite # or Apt. # : 2300

City: Chicago   State: IL.   Zip Code 60602

Phone No.: 312-263-6114

# CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**   Request Type (check all that apply): ☐ Address Change   ☒ General   ☐ Received Documents

Type of Application (check one): ☒ Adjustment of Status   ☐ Citizenship

Form Filed:
☐ I-130   ☒ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☐ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

Request reschedule for (check one): ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: I-485 filed August 12, 2002 based upon pending I-130 filed 7/25/02. Case was denied for failure to respond. Motion to reopen filed 5/12/05 and interview completed 9/13/05.

\*\*\* INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\* CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____   Date: 3/14/06

\*\*\* MAIL INQUIRIES TO: BCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690

CU Revised 08/14/03





📋 **COPY**    STATUS INQUIRY FORM

RECEIVED
JUL 1 0 2006
By _N. J. Sae_

DATE: July 5, 2006

# CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: 95-916-724

Name: Kherouf ___ Abdel ___ ___
     Last       First       Middle

Mailing Address: 9164 Stewart + Gray Apt # H

City: Downey ___ State: Ca ___ Zip Code: 90241

Daytime Phone Number: _____

Country of Birth: Algeria ___ Date of Birth: 11/5/66

☐ Check box if author is same as applicant
    (DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   ☐ Attorney   ☐ CBO

Name: Geman ___ Kenneth ___ Y.
     Last       First       Middle

Firm / Organization: Kenneth Y. Geman + Associates

Mailing Address: 33 N. LaSalle St.

Suite # or Apt. # : 2300

City: Chicago ___ State: IL ___ Zip Code: 60602

Phone No.: 312-263-6114

# CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: GENERAL     Request Type (check all that apply): ☐ Address Change    ☒ General    ☐ Received Documents

Type of Application (check one): ☒ Adjustment of Status    ☐ Citizenship

Form Filed:
☐ I-130    ☒ I-485    ☐ I-751    ☐ I-765    ☐ I-824

☐ N-336    ☐ N-400    ☐ N-565    ☐ N-600    ☐ N-643    ☐ Other: _____

Request reschedule for (check one): ☐ Interview    ☐ Oath    ☐ Fingerprinting

Additional Comments: I-485 filed August 12, 2002 based upon pending I-130 filed July 25, 2002. Case was denied for failure to respond. Motion to reopen filed May 12, 2005 and interview completed September 13, 2005.

\*\*\* INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\* CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____      Date: 7/5/06

\*\*\* MAIL INQUIRIES TO: BCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690

CU Revised 08/14/03





**DEPARTMENT OF HOMELAND SECURITY**
**U. S. Citizenship and Immigration Services**
**Chicago District Office**



COPY

RECEIVED
JUL 21 2006
By ___

STATUS INQUIRY FORM

DATE: July 21, 2006

# CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: 95-916-724

Name: Kherouf     Abdel     ___
       Last        First     Middle

Mailing Address: 9164 Stewart + Gray Apt # H

City: Downey     State: CA     Zip Code: 90241

Daytime Phone Number: _____

Country of Birth: Algeria     Date of Birth: 11/5/66

---

☐ Check box if author is same as applicant
   (DO NOT complete the following if box is checked)

**Type of inquiry:**
☐ Applicant   ☒ Attorney   ☐ CBO

Name: Geman     Kenneth     Y.
      Last       First      Middle

Firm / Organization: Kenneth Y. Geman + Associates

Mailing Address: 33 N. LaSalle Street

Suite # or Apt. #: 2300

City: Chicago     State: IL.   Zip Code 60602

Phone No.: 312-263-6114

# CORRESPONDENCE INFORMATION

**Class: GENERAL**    Request Type (check all that apply): ☐ Address Change   ☒ General   ☐ Received Documents

**Type of Application (check one):** ☒ Adjustment of Status   ☐ Citizenship

**Form Filed:**
☐ I-130   ☒ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☐ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

**Request reschedule for (check one):** ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: I-485 filed 8/12/02 based upon pending I-130 filed 7/25/02. Case was denied for failure to respond. Motion to reopen filed 5/12/05 and interview completed 9/13/05.

Applicant Signature: _____     Date: 7/21/06

**MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:**

**MAIL INQUIRIES TO: USCIS, CORRESPONDENCE UNIT, P.O. BOX 3616, CHICAGO, IL. 60690**
**FAX INQUIRIES TO: (312) 385-3407**

Revised 032206yv

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Re: KHEROUF, Abdel | Date | |
|---|---|---|---|
| | | File No. | A95-916-724 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | ☐ Petitioner | ☒ Applicant |
|---|---|---|---|
| Abdel | KHEROUF | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| #807 | 5445 N. Sheridan Rd. | Chicago | Illinois | 60602 |

| Name | ☐ Petitioner | ☐ Applicant |
|---|---|---|
| | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | | | | |

Check applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

Illinois            Illinois Supreme Court                            and am not under a court or administrative agency
                    *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☒ 4. Others (Explain fully.)
**PLEASE NOTE: You are advised that in conformity with Public Law 90-83, 5 U.S.C. 500(f), 81 Stat 195, you are required to give notice to the undersigned of all notice of other written communications in this case.**

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Kenneth Y. Geman & Associates |
| | 33 N. LaSalle Street |
| | Chicago            IL      60602 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Kenneth Y. Geman | (312) 263-6114 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
Kenneth Y. Geman

_____
*(Name of Attorney or Representative)*

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

**IMMIGRATION REPRESENTATION**

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| KHEROUF, Abdel | | |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

## John O'Brien

**From:** John O'Brien [john@gemanimmigrationlaw.com]
**Sent:** Thursday, September 13, 2007 3:14 PM
**To:** USCIS Pilot Program
**Subject:** AILA Status Inquiry = KHEROUF, Abdel - A-95-916-724

ttached please find a status inquiry for the above referenced case.

ncerely,

hn
hn@gemanimmigrationlaw.com

enneth Y. Geman & Associates
3 N. LaSalle Street
uite 2300
nicago, Illinois  60602
12) 263-6114
12) 263-0104 (fax)
ww.gemanimmigrationlaw.com
fo@gemanimmigrationlaw.com

e information contained in this communication may be confidential, is
tended only for the use of the recipient named above, and may be legally
ivileged. If the reader of this message is not the intended recipient, you
e hereby notified that any dissemination, distribution, or copying of this
mmunication, or any of its contents, is strictly prohibited. If you have
ceived this communication in error, please re-send this communication to
e sender and delete the original message and any copy of it from your
mputer system.

U.S. Department of Justice
Immigration and Naturalization Service

No   of Entry of Appearance
as Attorney or Representative

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Re: KHEROUF, Abdel | Date | |
| | | File No.    A95-916-724 | |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name<br>Abdel      **KHEROUF** | ☐ Petitioner    ☒ Applicant<br>☐ Beneficiary | | |
|---|---|---|---|
| Address (Apt. No.)    (Number & Street)<br>**#607   5445 N. Sheridan Rd.** | (City)<br>**Chicago** | (State)<br>**Illinois** | (ZIP Code)<br>**60602** |
| Name | ☐ Petitioner    ☐ Applicant<br>☐ Beneficiary | | |
| Address (Apt. No.)    (Number & Street) | (City) | (State) | (ZIP Code) |

*Check applicable item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
   **Illinois**         **Illinois Supreme Court**         and am not under a court or administrative agency
                            *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
   the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☒ 4. Others (Explain fully.)
PLEASE NOTE: You are advised that in conformity with Public Law 90-83, 5 U.S.C. 500(f), 82 Stat 195, you are required to give notice to the undersigned of all notice of other written communications in this case.

| SIGNATURE | COMPLETE ADDRESS<br>**Kenneth Y. Geman & Associates**<br>**33 N. LaSalle Street**<br>**Chicago**     **IL**   **60602** |
|---|---|
| NAME (Type or Print)<br>Kenneth Y. Geman | TELEPHONE NUMBER<br>**(312) 263-6114** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
   **Kenneth Y. Geman**

_____
*(Name of Attorney or Representative)*
*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

   **IMMIGRATION REPRESENTATION**

| Name of Person Consenting<br>**KHEROUF, Abdel** | Signature of Person Consenting | Date |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

# STATUS INQUIRY FORM

DATE: _____

## CORRESPONDENCE DETAILS

Behalf of (Applicant):

Number: 95 916 724

Name: Kherouf    Abdel
       Last       First       Middle

Mailing Address: 9164 Stewart    Apt # H

Downer    State: CA   Zip Code: 9024

Daytime Phone Number: _____

Country of Birth: Algeria    Date of Birth: 5/16/6a

☐ Check box if author is same as applicant
  (DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant  ☑ Attorney  ☐ CBO

Name: Menon    Kenneth
       Last      First     Middle

Firm / Organization: Menon and Associates

Mailing Address: 33 N. LaSalle St

Suite # or Apt. #: 2300

City: Chicago   State: IL   Zip Code: 60602

Phone No.: (312) 263-6114

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

s: GENERAL    Request Type (check all that apply): ☐ Address Change   ☐ General   ☐ Received Documents

of Application (check one): ☑ Adjustment of Status  ☐ Citizenship

Filed:
-130  ☑ I-485  ☐ I-751  ☐ I-765  ☐ I-824

-336  ☐ N-400  ☐ N-565  ☐ N-600  ☐ N-643  ☐ Other: _____

lest reschedule for (check one): ☐ Interview  ☐ Oath  ☐ Fingerprinting

tional Comments: Applicant and Spouse last interviewed on September 13, 2005.
-130 and I-485) remain pending

INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

ignature: _____    Date: _____

MAIL INQUIRIES TO: BCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
evised 08/14/03



# DEPARTMENT OF HOMELAND SECURITY
## U. S. Citizenship and Immigration Services
### Chicago District Office

### STATUS INQUIRY FORM

DATE: MAR 27 2008

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: A95-916-724

Name: KHEROUF    Abdel
    Last      First       Middle

Mailing Address: 14120 La Forge St. Apt #

City: Whittier   State: CA   Zip Code: 90605

Daytime Phone Number:

Country of Birth: ALGERIA    Date of Birth: 11/5/66

☐ Check box if author is same as applicant
    (DO NOT complete the following if box is checked)

**Type of inquiry:**
☐ Applicant   ☒ Attorney   ☐ CBO

Name: Geman    Kenneth    Y.
    Last      First       Middle

Firm / Organization: Kenneth Y. Geman & Associates

Mailing Address: 33 N. LaSalle Street

Suite # or Apt. #: 2300

City: Chicago    State: IL. Zip Code 60602

Phone No.: 312-263-6114

## CORRESPONDENCE INFORMATION

**Class: GENERAL**    **Request Type (check all that apply):** ☐ Address Change   ☒ General   ☐ Received Documents

**Type of Application (check one):** ☐ Adjustment of Status   ☐ Citizenship

**Form Filed:**
☐ I-130   ☒ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☐ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other:

**Request reschedule for (check one):** ☐ Interview    ☐ Oath    ☐ Fingerprinting

Additional Comments: I-485 was filed August 12, 2002 based upon I-130 filed
July 25, 2002. Case denied for failure to respond. Motion to
re-open granted after submission May 12, 2005. Interview
completed September 13, 2005. Fingerprints ordered December 19, 2007.
    EAD expires December 13, 2008. EAD expires 12-13-08.

Applicant Signature: _____ Dates _____ MAR 27 2008

**MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT!** MAR 27 2008

**MAIL INQUIRIES TO: USCIS, CORRESPONDENCE UNIT, P.O. BOX 3616, CHICAGO, IL. 60690**

**FAX INQUIRIES TO: (312) 385-3407**

Revised 032206yv

# EXHIBIT

# 9



10 W. Jackson Blvd.
Chicago, IL 60604

**U.S. Citizenship
and Immigration
Services**

October 03, 2006

Kenneth Y. Geman
Kenneth Y. Geman & Associates
33 North LaSalle, Suite L300
Chicago, IL 60602

RE: A95 916 724 – Kherouf, Abdel

Dear Attorney Geman:

This letter is in response to your inquiry dated July 21, 2006. Our records indicate
that Abdel Kherouf is under further review by the adjudicating officer. All evidence
submitted by your client in support of the application and/or petition for the
immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the
interest of upholding the United States immigration laws both in terms of
enforcement and rights to privacy, that information may not be disclosed. It is
difficult to predict with accuracy when this review will be completed. Every effort
is being made to render an accurate and final decision in a timely manner. We ask
that your constituent allow at least 90 days for a response before inquiring again.

We thank you your understanding and patience in this matter.

Sincerely,

Ruth A. Dorochoff
District Director

RAD: tak

EXHIBIT

**10**

From: CAO PILOT [CAO.Pilot@dhs.gov]
Sent: Tuesday, October 23, 2007 7:58 AM
To: John O'Brien
Subject: RE: AILA Status Inquiry = KHEROUF, Abdel - A-95-916-724

From: John O'Brien [mailto:john@gemanimmigrationlaw.com]
Sent: Thursday, September 13, 2007 4:14 PM
To: USCIS Pilot Program
Subject: AILA Status Inquiry = KHEROUF, Abdel - A-95-916-724

Attached please find a status inquiry for the above referenced case.

Sincerely,

John
john@gemanimmigrationlaw.com

Kenneth Y. Geman & Associates
3 N. LaSalle Street
Suite 2300
Chicago, Illinois 60602
(312) 263-6114
(312) 263-0104 (fax)
www.gemanimmigrationlaw.com
info@gemanimmigrationlaw.com

The information contained in this communication may be confidential, is
intended only for the use of the recipient named above, and may be legally
privileged. If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution, or copying of this
communication, or any of its contents, is strictly prohibited. If you have
received this communication in error, please re-send this communication to
the sender and delete the original message and any copy of it from your
computer system.

U.S. Department of Homeland Security
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Dear Mr. O'Brien:

Thank you for your correspondence dated September 13, 2007 to the Citizenship and
Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your client, Abdel Kherouf's case is under further review. All evidence
submitted by him in support of the application and/or petition for the immigration benefit being
sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of
upholding the United States immigration laws both in terms of enforcement and rights to privacy
that information may not be disclosed. It is difficult to predict when this review will be
completed. Every effort is being made to render an accurate and final decision in a timely
manner. We ask that your constituent allow at least 90 days for a response before inquiring
again.

We thank you for your understanding and patience.

Sincerely,

Sandra Bacote
Customer Assistance Office
U.S. Citizenship and Immigration Services

**CHI 1826 SB**

www.uscis.gov