IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abdel KHEROUF and<br>Marina ZAVALA,<br><br>    Plaintiff,<br><br>        vs.<br><br>Michael CHERTOFF,<br>Secretary, Dep't. of Homeland Security;<br>Emilio T. GONZALEZ,<br>Director, U.S. Citizenship and<br>Immigration Services (USCIS);<br>Robert M. COWAN,<br>Director, USCIS National Benefits Center;<br>Ruth DOROCHOFF,<br>District Director,<br>USCIS Chicago District Office;<br><br>    Defendants. | Civ. No. 08-4530<br><br>Petition for a Writ of Mandamus<br>Under the Mandamus Act at<br>28 U.S.C. § 1361<br><br>Immig. Case No. A95 916 724<br><br>Hon. Judge R. Castillo |

## REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEES

Counsel for the plaintiffs hereby requests a reimbursement of $350.00 as he submitted payment against this amount in receipt no. 3009998 and again in error in receipt no. 3010141. No complaint was assigned against receipt no. 3010141. See attachment. The action that corresponds with receipt no. 3009998 is Civ. No. 08cv4530.

Respectfully submitted,

s/ David Cook
_____
David Cook
Attorney for the Plaintiffs
Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, Illinois 60602
(312) 263-6114 phone
(312) 263-0104 fax

1

**David M. Cook**

| | |
|---|---|
| **From:** | <Cynthia_Mercado@ilnd.uscourts.gov> |
| **To:** | <david@gemanimmigrationlaw.com> |
| **Cc:** | <Donna_Carey@ilnd.uscourts.gov>; <Adam_Avalos@ilnd.uscourts.gov>; <Emilia_Garcia@ilnd.uscourts.gov>; <Leticia_Pacheco@ilnd.uscourts.gov>; <Ryan_Edward_Murray@ilnd.uscourts.gov> |
| **Sent:** | Tuesday, August 12, 2008 1:17 PM |
| **Subject:** | Possible Duplicate Payment |

Dear Counselor:

Our Internet Payment Report reflects that on August 11, 2008 you made two payments for $350.00 through pay.gov.

Receipt no. 3009998:        For this receipt no. we never received a complaint.

Receipt no. 3010141        For this receipt no. we received a complaint and it was assigned case no.
08cv4530.

If it was your intention to file two new cases, please call the Service Center at 312-435-5691, and someone will give you instructions on how to re-submit the complaint for receipt no. 3009998.

If it was not your intention to file two new cases, but paid twice by mistake, you can e-file a "Request for the Clerk of Court to Refund Filing Fee", which can be found under the "Other Documents" category. Please e-file the request in case no. 08cv4530, include your receipt numbers in the request, and indicate which one is the duplicate payment.

In the future, if you don't see that the complaint you e-filed is in case no. 07cv99999 call us before e-filing it again and someone from our office will walk you through the process of re-submitting it.

If you have any further questions, please feel free to call the Service Center at 312-435-5691.

Cynthia Mercado
United States District Court
Northern District of Illinois

**David M. Cook**

---

**From:** <paygovadmin@mail.doc.twai.gov>
**To:** <david@gemanimmigrationlaw.com>
**Sent:** Monday, August 11, 2008 2:32 PM
**Subject:** Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UT8PB2
Agency Tracking ID: 07520000000003009998

Account Holder Name: Kenneth Y. Geman
Transaction Type: Sale
Billing Address: 33 North LaSalle Street
Billing Address 2: Ste. 2300
City: Chicago
State/Province: IL
Zip/Postal Code: 60602
Country: USA
Card Type: American Express
Card Number: ***********1004
Expiration Date: Mar, 2010
Payment Amount: $350.00
Transaction Date: Aug 11, 2008 3:32:50 PM

## David M. Cook

**From:** <paygovadmin@mail.doc.twai.gov>
**To:** <david@gemanimmigrationlaw.com>
**Sent:** Monday, August 11, 2008 2:47 PM
**Subject:** Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UT8QIV
Agency Tracking ID: 07520000000003010141

Account Holder Name: Kenneth Y. Geman
Transaction Type: Sale
Billing Address: 33 North LaSalle Street
Billing Address 2: Ste. 2300
City: Chicago
State/Province: IL
Zip/Postal Code: 60602
Country: USA
Card Type: American Express
Card Number: ***********1004
Expiration Date: Mar, 2010
Payment Amount: $350.00
Transaction Date: Aug 11, 2008 3:47:05 PM