

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

KHEROUF, et al.

|  |  |
|---|---|
| CASE NUMBER: | 08CV4530 |
| ASSIGNED JUDGE: | JUDGE CASTILLO |
| | MAGISTRATE JUDGE SCHENKIER |
| DESIGNATED MAGISTRATE JUDGE: | |

V.

CHERTOFF, et al.

TO: (Name and address of Defendant)

Emilio Gonzalez
Director
U.S. Citizenship & Immigration Services
425 I Street N.W.
Washington, D.C., 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

### David M. Cook
### KENNETH Y. GEMAN & ASSOCIATES
### 33 North LaSalle Street, Suite 2300
### Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Yvette Martinez*

(By) DEPUTY CLERK

**August 11, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | AUG 12 2008 |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | |

| NAME OF SERVER (PRINT) David M. Cook | TITLE Attorney of Record |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**F I L E D**

AUG 15 2008

AUG 15 2008

G  Returned unexecuted: _____

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____

G  Other (specify):  Via certified mail return receipt requested

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____AUG 12 2008_____     _____
　　　　　　　　　　Date　　　　　　　　　　　Signature of Server

David M. Cook
KENNETH V. GEMAN & ASSOCIATES
33 North LaSalle Street, Suite 2300
Chicago, Illinois 60602

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.