AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KHEROUF, et al.

V.

CHERTOFF, et al.

CASE NUMBER: 08CV4530

ASSIGNED JUDGE: JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Ruth Dorochoff
District Director
USCIS Chicago District Office
101 West Congress Parkway
Chicago, Illinois 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David M. Cook
**KENNETH Y. GEMAN & ASSOCIATES**
33 North LaSalle Street, Suite 2300
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

August 11, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | AUG 12 2008 |
| NAME OF SERVER (PRINT) David M. Cook | TITLE Attorney of Record |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**
AUG 15 2008 ew
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☒ Other (specify): Via certified mail return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUG 12 2008
            Date         Signature of Server

David M. Cook
**KENNETH Y. GEMAN & ASSOCIATES**
33 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.